BLACK WOLF ROD & GUN CLUB, INC., Petitioner

v.

INTERNATIONAL DEVELOPMENT CORPORATION, Pennlyco, Ltd., Southwestern Energy Production Company, and Virginia Energy Consultants, LLC, Respondents

No. 832 MAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard Michael CHAROWSKY, Petitioner

No. 814 MAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

## IN RE: T.W.

Petition of: T.W.

No. 802 MAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Eliezer ALMANZAR, Petitioner

No. 813 MAL 2016

Supreme Court of Pennsylvania.

April 25, 2017